## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Granite Re, Inc., an Oklahoma corporation, ) ) ) Plaintiff, ) ) vs. ) ) National Credit Union Administration ) Board, as Conservator of Citizens ) Community Credit Union, ) ) Defendant. ) | **ORDER OF DISMISSAL**<br><br>Case No. 1:17-cv-213 |

Before the Court is a stipulation of dismissal of the Plaintiff's claims against Defendant National Credit Union Administration Board, filed on June 5, 2020. See Doc. No. 20. The Court **ADOPTS** the stipulation in its entirety (Doc. No. 20) and **ORDERS** the action be dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure with prejudice and without attorney's fees, costs, or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 8th day of June, 2020.

>  */s/ Daniel L. Hovland*
>  Daniel L. Hovland, District Judge
>  United States District Court