# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 18-2674

Granite Re, Inc., an Oklahoma Corporation

Appellant

v.

National Credit Union Administration Board, as Conservator of Citizens Community Credit Union, Citizens Community Credit Union

Appellee

_____

Appeal from U.S. District Court for the District of North Dakota - Bismarck
(1:17-cv-00213-DLH)

_____

## MANDATE

In accordance with the opinion and judgment of 04/24/2020, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

June 16, 2020

Clerk, U.S. Court of Appeals, Eighth Circuit